```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Autumn Sierra,

                Plaintiffs,

      –v–

City of New York,

                Defendant.

20-cv-6159 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties' joint letter stating that they agree to forego an initial pretrial conference. Dkt. No. 18. Discovery in this matter is stayed pending resolution of the motion to dismiss.

SO ORDERED.

Dated: January 5, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge