**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Sierra,

                Plaintiff,

  -against-                                    20 **CIVIL** 6159 (AJN)

                                                                  **JUDGMENT**

City of New York, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 28, 2021, Defendants' motion to dismiss is GRANTED. Plaintiff's § 1983 claims are dismissed with prejudice and her state law claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      September 28, 2021

                                                       **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                           **BY:**    K. Mango

                                                     **Deputy Clerk**